MOHONK PRESERVE, INC., Respondent, v KAREN PARDINI et al., Appellants.

Submitted January 4, 2016; decided February 23, 2016

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 26 NY3d 912 (2015)].

Chief Judge DiFiore and Judge Garcia taking no part.